**FILED**

**08/10/2023**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

# COMPLAINT FORM

### (for filers who are prisoners without lawyers)

(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT

FOR THE ___SOUTHERN___ DISTRICT OF ___INDINA___

(Full name of plaintiff(s))

Mitchell McGhee #210845

Eugene Radcliff #203904

v.

**Case Number:**

3:23-cv-00121- MPB-MJD

(Full name of defendant(s))

(to be supplied by clerk of court)

OFFICER JORDAN McDowell Chandler Ind police department
Officer Zack Warrick County Jail
Jordan Carr Deputy Chief Chandler Ind Police Department
Kirk Tevault, Chief of Police chandler Police Department
Kim Williams Property Manager 523 swift street chandler Ind express1 47610
Mike Penry States Of Attorney Chandler Ind
Gabe Kiefer Assistant Jail commander Warrick County Jail

A.    **PARTIES**

1.    Plaintiff is a citizen of ___ILLINOIS___, and is located at

    ___(State)___

Warrick County Jail P.O. BOX 188 Boonville Indiana 47601

(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant _OFFICER Jordan McDowell Mike Penry Kim Williams Jord_

Gabe Kiefer Kirk, Tevault                          (Name)

is (if a person or private corporation) a citizen of _Chandlea Police Department_
_407 E Lincoln Avenue Chandler, Ind 47610_ (State, if known)
and (if a person) resides at _____
_____
(Address, if known)
and (if the defendant harmed you while doing the defendant's job) _Yes harmed me mentaly_
_finiacally emortionally_
worked for _Chandlea Police Department_
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights; _USthe 5th and 14th amendments 4th amendments_
2.    What each defendant did; _racial discrimination unlawful imprisonment_
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

On 7-19-2023 I plaintiff Mitchell C McGhee was At 523
Swift Street in Chandler, Indiana visiting and washing my
clothes to take back to my home the next day in 2619 Louisana BlVD
in East Saint Louis Illinois When approximately 10:30 Pm I heard
the front door bieng kicked in were I thought was probley
a robery I ran for cover than I saw two State Police officers
with the Chandler Ind Police Department stating search Warrant
and had they guns chawed on us in the resident they brought
me to the living room of the front of the house with 5 other people
it the house I asked the officer whats going on the officer stated
Seach Warrant officer Jordan McDowell of chandler police Department.
I there asked him was my name on the search Warrant which
he stated No and I asked him can we see the search Warrant
and he showed us were it just stated to search 523 swift street

Complaint - 2

in Chandler Indiana for Narcotics so I then tell the Officer my name not on the search warrant this not my resident can I leave he stated no and put all 6 of us in handcuffs and two more officers came in and went to the two back rooms in the back and begin to search I then told the officer Jordan McDowell I have my ID I'm not from here I'm visiting from Illinois and I tell him were my ID was in my back pocket a temporary ID from the DMV in East Saint Louis Ill I just recived 2days prior due to I lost my past ID and wallet he looked at it and and asked me why I'm in Indiana I tell him I have two kids in Evansville and also on business for my business McGhee Mitch Match LLC were I retail shoes and clothes so he search me and recover 1,449 in United States currency he asked me why I got that much cash on me I tell him I just picked up 12 pairs of Jordans 6pairs day before and 6pair that morning from Fed ex that was mailed to 1311 E Walnut St Evansville Ind 47714 of my friend Mary Woolfolk for my customers who shop on line thrue my business page McGhee Mitch Match LLC so he puts the money back in my pocket I tell the officer I have 5pairs to be delivered Complaint - 3 in the other room to my customers he can see for his self so after the two officers

ATTACHMENTS TO PAGE 3

searches the two other rooms in the back
a officer comes out and says all yall have
the rights to remain silent we all under arrest
I stated what Im under arrest for I dont
live there you seen my ID and I had nothing
on me and Im not part of that search warrant
and the officer states Jordan McDowell you under
arrest for Maintaing Common Nueces being in a
house were drugs were found I stated this not
my house and you found nothing on me and Im
not on that Probable cause search warrant
so then the officer goes back in my pocket
and grabs my money from my business of
McGhee Mitch Match LLC and states its on
my Camra Im count this money and its going
with you to the Jail I state this is unlawful
violating my 5th and 14th amendment of my
constitutional right of Due Process and equal protiotion
clause of the constitution and unlawful detention
so now the officer takes all our phones
I say why you taking my phone Im not in
No search warrant to have my phone siezed
this is unlawful so now they take us all to the
Warrick County Jail in Boonville Ind where
I get here they put me in orange Jump su
put me in a one man cell for a day
in a half Im not set in phone call

on no what I'm here for so 48 hours later they book me in with all these charges stating they changed everyone in the house with what they found since nobody wants to claim them violating my 5th and 4th rights of the constitution and unlawful detention. I was in here 6 days before I seen a Judge and read off charges I know nothing about on live here gets no mail or want in no search warrant that was supposed to be served I'm not even a Indiana resident not along a Chandler Indiana resident & they kept my shoes and clothes I picked up for my business McGhee Mitch Match and my phone violating my 5th and 14th amendment rights depriving me Mitch McGhee McGhee Mitch Match LLC of my liberty without lawful justification and I'm showing I'm detained and the detention is unlawful Due to Searches and Seizures essential requirements one particular description of promises to be search and the things to be sieved, Under the Constitution of Indian (Art.), 11, also the Search Warrant had nothing to do with me not my resident or had nothing on me but the officer Jordan McDowell deprive me of my liberty. without Justification of Law

Next complaint

On or about 7-27-2023 I met an inmate at Warrick County Jail Name Steven Dant who knew the person that was a resident at 523 swift street in Chandler Indiana were I got arrested him on 7-19-2023 and my car was still parked at the resident and my key was in my property so he told me his girl friend stayed to blocks from the resident and he said sense I didn't have no family and aint from here he would have his girl go get my car for me till I have my family came down to Indiana to get it I agreed so I sign my key off my property to his girl friend name Sandy to go get my vehicle a 2004 Lincoln town car tan color from 523 swift street Chandler Ind and while I was in the Pod with Steven his girlfriend text his stating she's going over to meet the officers at the resident about 30 minutes later the CO called me up front and stated the Deputy chief wanted me on the phone so I get on the phone and Jordan Cann Deputy Chief states yes I'm over here at the resident with the Lady who she states come to get my vehicle and it comes back to someone in Terre Haute Ind I explain to Deputy

(5)

Cann I just brought the vehicle from
a Car Dealer ship in Evansville Ind name
Helping Hands on 1515 Green River Road and
you see the temp tags so she states well its
nothing to verify it's your vehicle so I give
her the phone number of the dealer ship
I brought the vehicle from Helphands 812-471-4051
she states she sent him a message and will be,
in the next day so if he sends her papers to
verify the vehicle is mines she will let me get
it. So the next morning I get intouch with
the dealer ship I get my car from and he
states I talk to Jordan Cann she sent me a
text to send the bill of sales to him you
to J Cann Chandler police, com and
he said she said bye, 2:00PM that day so
he say he sent it but she never got back
with Sandy the female I gave my keys to
at my vehicle so now Sandy get intouch with the
property manager Kim Williams at 812-23605i
to get my vehicle and she says the property
Manager tells her she's in the Hospital with
her grandchild to come bye on July 3, 2023
6days later so I asked Sandy for the
number and I call Kim from the County Ja
phone with my account she accepts
(4)

I asked her about my car and she states the same thing to me she cant let me get my vehicle till 10 days later July 3, 2023 so now I tell Sandy bring my key back to the jail I will just have my family meet here then and I ask Kim who on the lease so I can try to go throw them as well she states I cant tell you that is confidential due to I aint on the lease but then I tell her I'm going to seopone her to court cause she's right and how they charge me for some stuff from a resident I'm not on no lease or live there she said fine but she cant tell me who on the lease and hang up and when the July 3 2023 comes she stop answering the phone for anyone for me to get my vehicle and The xbre deputy or Kim Williams basically took my vehicle unlawful and refusing to answer or let my family get my vehicle causing me damages and loss. Violating my civil rights depriving me of my property without due process of law and I recieved no notice or nothing one none of my property on my vehicle or money or shows and clothes from my business McGee Mitch Match LLC (7)

Complaint

and

justifications of law making my
detention unlawful and depriving me liberty
of my property without due process of
law which they kept my money $1,449
for a search warrant had nothing to
do with me from my Legal bussiness
McGhee Mith Match LLC and my shoes
and clothes from my bussiness statans
from Chandler Police Chief Kirk Tevault
it was siezed part of the investigations from
the Search Warrant which I was not
apart of or my property only 523 swift street
Which is not my residence This is unlawful
and racial discrimination and violation my
civil rights under 5th and 14 amendments.
I was the only African American present out
of 6 people in this residence and I showed
the officer my residents was in East Saint Louis
Illinois bye my ID and they still unlawfully
detained me with out legal rights violating my
civil rights basically kidnapping me and taking
my property without due process of law Now
I'm scared for my life if they can do this
what cant they do.

(8)

Last complaint

ON 7-21-2023 I was in a
one man cell in ~~west~~ Warrick County
Jail when Officer Zack from Warrick County
Jail brought inmate Eugene Radcliff #203904
placed him in the one man cell with me
another african american inmate with a mat
and placed him on the floor next to the toilet
in a one man cell being violating 8th amendment
of the constitution and unusual and racial
discrimination and cruel and unusally punishment.

Sign Date Eugene Radcliff 203904
8-8-23
Warrick county Jail
PO BOX 488
Boonville, IN 47601

Also Officer Jordan McDowell wouldnt
let me get me eye glasses were I been in
here all this time can barely see depriving
me of my glasses and racial discriminations now
~~I cant there~~ I cant see far on this
is violating my civil rights and racial discriminations.

I declare under penalty of perjury all the facts alleged in this complaint is true and correct to the best of my Knowledge and belief

Mitchell McGhee

8-8-2023

McGhee MitchMatch LLC

C.    JURISDICTION

*28 U.S.C. 1983*

☑    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is

$_____25,000

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want my property released from this unlawful detention and from pain & suffering and the
bad humilation for my bussniess of the accusation
on my name and my cash of $1,424 from my bussniess
McBoher Mitch Match LLC

E.    JURY DEMAND

☐    Jury Demand – I want a jury to hear my case
                            OR

☑    Court Trial – I want a judge to hear my case

Dated this _05_ day of _8_ 20_23_ .

Respectfully Submitted, *Mitchell McGhee McGhee Mitch Mtch LLC*

_Mitchell McGhee_
Signature of Plaintiff

_210845_
Plaintiff's Prisoner ID Number

_Warrick County Jail_
_P.O. Box 488  Boonville Ind 47601_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.    **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_Mitchell McGhee_
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

**FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.